**Delmer M. ACKELS, Plaintiff-Appellant,**

v.

**Randy M. OLSEN, In His Official Capacity, the State of Alaska; Goldrich Mining Company, FKA Squaw Gold Mining Company, Defendants-Appellees.**

**No. 17-35707**

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Delmer M. Ackels, Pro Se

Rachel L. Witty, State of Alaska, Department of Law, Civil Division, Anchorage, AK, for Defendant-Appellee Randy M. Olsen

Gary A. Zipkin, Esquire, Guess & Rudd P.C., Anchorage, AK, for Defendant-Appellee Goldrich Mining Company

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Delmer M. Ackels appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action arising from a mining dispute. We have jurisdiction under 28 U.S.C. § 1291. Ackels assigns as error the district court's orders denying his motions for default judgment, and we review for an abuse of discretion. *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). We affirm.

The district court did not abuse its discretion in denying Ackels's motions for default judgment because several factors supported the denial of default. *See* Fed. R. Civ. P. 55; *Eitel*, 782 F.2d at 1471-72 (setting forth factors for determining whether to enter default judgment).

The district court did not abuse its discretion by denying Ackels's motion to submit a CD-R photo disk as an exhibit to his complaint. *See FTC v. Gill*, 265 F.3d 944,

---

957 (9th Cir. 2001) (district court has broad discretion to control its docket).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.